IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Coleman, Erris E | Case Number: 04 B 42602 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 11/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 6, 2009
Confirmed: February 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,814.75 |  |
| Secured: |  | 5,035.22 |
| Unsecured: |  | 3,666.91 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,547.70 |
| Trustee Fee: |  | 564.92 |
| Other Funds: |  | 0.00 |
| Totals: | 11,814.75 | 11,814.75 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,547.70 | 2,547.70 |
| 2. | Community Bank Of Lemont | Secured | 4,212.92 | 4,212.92 |
| 3. | Monterey Financial Services | Secured | 301.96 | 301.96 |
| 4. | Monterey Financial Services | Secured | 520.34 | 520.34 |
| 5. | Illinois Dept of Revenue | Priority | 11.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 320.00 | 320.00 |
| 7. | Monterey Financial Services | Unsecured | 0.88 | 0.88 |
| 8. | Illinois Dept of Revenue | Unsecured | 30.00 | 0.00 |
| 9. | Community Bank Of Lemont | Unsecured | 1,973.44 | 847.02 |
| 10. | Americash Loans, LLC | Unsecured | 297.43 | 297.43 |
| 11. | Cingular Wireless | Unsecured | 776.11 | 776.11 |
| 12. | ECast Settlement Corp | Unsecured | 765.03 | 765.03 |
| 13. | Cingular Wireless | Unsecured | 406.52 | 406.52 |
| 14. | Monterey Financial Services | Unsecured | 253.92 | 253.92 |
| 15. | Rock Creek Centel | Unsecured |  | No Claim Filed |
| 16. | Americash Loans, LLC | Unsecured |  | No Claim Filed |
| 17. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 18. | Credit Systems Inc | Unsecured |  | No Claim Filed |
| 19. | Atlantic Loan Co | Unsecured |  | No Claim Filed |
| 20. | Bank Of America | Unsecured |  | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 22. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 23. | Equidata | Unsecured |  | No Claim Filed |
| 24. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |
| 26. | Zales | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Coleman, Erris E | Case Number: 04 B 42602 |
| --- | --- | --- |
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 11/16/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Village of Midlothian | Unsecured | | No Claim Filed |
| 28. | Time Warner | Unsecured | | No Claim Filed |
| 29. | Equidata | Unsecured | | No Claim Filed |
| | | | $ 12,417.25 | $ 11,249.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 4% | 95.16 |
| 3% | 38.27 |
| 5.5% | 178.93 |
| 5% | 51.06 |
| 4.8% | 128.60 |
| 5.4% | 30.35 |
| 6.6% | 42.55 |
| | $ 564.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: